IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALI KAREEM AL-HISNAWI,       :
          Petitioner         :
                             :
     v.                      :     CIVIL NO. 3:CV-17-2401
                             :
                             :     (Judge Conaboy)
CLAIRE DOLL,WARDEN,          :
          Respondent         :

_____

**MEMORANDUM**
**Background**

Ali Kareem Al-Hisnawi a detainee of the Bureau of Immigration
and Customs Enforcement (ICE) presently confined at the York County
Prison, York, Pennsylvania, filed this pro se petition for writ of
habeas corpus pursuant to 28 U.S.C. § 2241. Named as Respondent is
Warden Claire Doll of the York County Prison. The required filing
fee has not been paid and an in forma pauperis application has not
been filed.

Petitioner appears to be challenging his continued detention
pending removal. Service of the petition has not been ordered.

On January 26, 2018, Petitioner filed a "Notice of Voluntary
Dismissal of Habeas Petition." Doc. 4. The notice states that
Petitioner wishes to voluntarily dismiss his habeas corpus action.

Under the standards announced in United States v. Miller, 197
F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir.

2000),[1] a _pro se_ litigant is allowed opportunity to voluntarily withdraw a federal habeas corpus petition.

Based upon an application of the standards established by _Miller_ and _Mason,_ to Petitioner's announced intention to withdraw his instant action, his notice for voluntary dismissal will be accepted.  The dismissal will be entered without prejudice.  An appropriate Order will enter.


RICHARD P. CONABOY
United States District Judge

DATED: FEBRUARY 1, 2018

FILED
SCRANTON

FEB 0 1 2018

Per_____
DEPUTY CLERK

---

[1] _Miller_ and _Mason_ sought to prevent _pro se_ litigants from unintentionally defaulting federal habeas corpus claims through failure to assert them in a single petition.